United States District Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CASEY WAY, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-334 |
| HELIX ENERGY SOLUTIONS GROUP, INC., | § § § § | |
| Defendant. | § § | |

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

Helix Energy Solutions Group, Inc.'s Motion to Stay Proceedings Pending Disposition of Petition for Writ of Certiorari in *Hewitt v. Helix Energy Solutions Group*, is granted.  This civil action is stayed and administratively closed.  The parties may reinstate this case to the active docket by motion filed no later than 14 days after either: (1) the Supreme Court denies the petition for a writ of certiorari or (2) the Supreme Court grants the petition and issues its decision on the case.

SIGNED on November 11, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge